John Johnson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc,* October 29, 1907).

Writ of Error to Criminal Court of Record, Duval county; John S. Maxwell, Judge.

No appearance for plaintiff in error.

W. H. Ellis, Attorney General for the state.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on motion of counsel for defendant in error.